**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 13, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00215-CV**

---

**IN RE O.A.O., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76763**

---

## MEMORANDUM OPINION

On April 23, 2021, relator O.A.O. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Barbara Stalder, presiding judge of the 280th District Court of Harris County, to set aside her October 13, 2020 final protective order.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.